UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
CASE NO. 6:23-cv-01326-PGB-LHP

| | |
|---|---|
| Carmen Clavell Lamonaco, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| United Auto Credit Corp.; Experian Information Solutions, Inc., | ) ) ) ) |
| Defendants. | ) ) |

## ANSWER AND AFFIRMATIVE DEFENSES

Defendant United Auto Credit Corp. ("United"), by and through its undersigned counsel, responds to Plaintiff Carmen Clavell Lamonaco's ("Plaintiff") Complaint herein as follows:

## PRELIMINARY STATEMENT

1. United admits that the Complaint purports to state claims under the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §§ 1681 et seq. United denies that it has violated the FCRA and denies that Plaintiff is entitled to any relief from United. With respect to the allegations that relate to Experian Information Solutions, Inc. ("Experian"), United does not have knowledge or information sufficient to form a belief as to the truth of those allegations, and, on that basis, denied.

2. United admits that Plaintiff purports to have invoked the Court's jurisdiction based on the FCRA and 28 U.S.C. § 1331.

3. Denied.

1

4. United admits that Plaintiffs has alleged venue in this district is proper, states that this is a legal conclusion, and, on that basis, denied.

5. United is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denied.

6. Admitted.

7. United is without knowledge or information sufficient to form a belief as to the truth of the allegations, and, on that basis, denied.

8. The FCRA speaks for itself and, on that basis, denied.

9. The FCRA speaks for itself and, on that basis, denied.

10. The FCRA speaks for itself and, on that basis, denied.

11. The FCRA speaks for itself and, on that basis, denied.

12. The FCRA speaks for itself and, on that basis, denied.

13. The FCRA speaks for itself and, on that basis, denied.

14. The FCRA speaks for itself and, on that basis, denied.

15. The FCRA speaks for itself and, on that basis, denied.

16. The FCRA speaks for itself and, on that basis, denied.

17. The FCRA speaks for itself and, on that basis, denied.

18. This paragraph sets forth legal conclusions, and, on that basis, denied.

19. This paragraph sets forth legal conclusions, and, on that basis, denied.

20. This paragraph sets forth legal conclusions, and, on that basis, denied.

21. Denied except admits that United reports regarding account information.

22. Denies knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint, and, on that basis, denied.

23. Denies knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint, and, on that basis, denied.

24. Denied, except admitted that United acts through agents and others.

25. Denied.

26. United is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint, and, on that basis, denied.

27. United is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint, and, on that basis, denied.

28. United is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint, and, on that basis, denied.

29. United is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint, and, on that basis, denied.

30. United is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint, and, on that basis, denied.

31. United is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint, and, on that basis, denied.

32. United is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint, and, on that basis, denied.

33. United is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint, and, on that basis, denied.

34. United is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint, and, on that basis, denied.

35. United is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint, and, on that basis, denied.

36. United is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint, and, on that basis, denied.

37. United is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint, and, on that basis, denied.

38. United is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint, and, on that basis, denied.

39. Denied, except admitted that Plaintiff filed a complaint with the Consumer Financial Protection Bureau.

40. United is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint, and, on that basis, denied.

41. United is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint, and, on that basis, denied.

42. United is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint, and, on that basis, denied.

43. United is without knowledge or information sufficient to form a belief as

to the truth of the allegations in this paragraph of the Complaint, and, on that basis, denied.

44. United is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint, and, on that basis, denied.

45. United is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint, and, on that basis, denied.

46. United is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint, and, on that basis, denied.

47. United is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint, and, on that basis, denied.

48. United is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint, and, on that basis, denied.

49. United is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint, and, on that basis, denied.

50. Denied.

51. Denied.

52. United is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint, and, on that basis, denied.

53. The FCRA speaks for itself, and, on that basis, denied.

54. Denied.

55. Denied.

56. Denied.

In response to the unnumbered paragraph which precedes paragraph 57 of the

Complaint, United refers to and incorporates paragraphs one (1) through fifty-six (56) by reference as if fully set forth herein.

57. United is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint, and, on that basis, denied.

58. United is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint, and, on that basis, denied.

59. United is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint, and, on that basis, denied.

60. United is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint, and, on that basis, denied.

61. United is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint, and, on that basis, denied.

62. United is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint, and, on that basis, denied.

63. United is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint, and, on that basis,

denied.

64. United is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint, and, on that basis, denied.

In response to the unnumbered paragraph which precedes paragraph 65 of the Complaint, United refers to and incorporates paragraphs one (1) through fifty-six (64) by reference as if fully set forth herein.

65. United is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint, and, on that basis, denied.

66. United is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint, and, on that basis, denied.

67. United is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint, and, on that basis, denied.

68. United is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint, and, on that basis, denied.

69. United is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint, and, on that basis, denied.

70. United is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint, and, on that basis, denied.

71. United is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint, and, on that basis, denied.

72. United is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint, and, on that basis, denied.

73. United is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint, and, on that basis, denied.

74. United is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint, and, on that basis, denied.

75. United is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint, and, on that basis, denied.

76. United is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint, and, on that basis, denied.

77. United is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint, and, on that basis, denied.

78. United is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint, and, on that basis, denied.

79. United is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint, and, on that basis, denied.

80. United is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint, and, on that basis, denied.

81. United is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint, and, on that basis, denied.

In response to the unnumbered paragraph which precedes paragraph 82 of the Complaint, United refers to and incorporates paragraphs one (1) through fifty-six (81) by reference as if fully set forth herein.

82. Denied.

83. United is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint, and, on that basis, denied.

84. Denied.

85. Denied.

86. Denied.

87. Denied.

88. Denied.

89. Denied.

90. Denied.

91. Denied.

92. Denied..

## PRAYER FOR RELIEF

In response to the paragraph titled "PRAYER FOR RELIEF," United denies that it has violated the FCRA and denies that Plaintiff is entitled to any relief from United. United further denies, generally and specifically, each and every allegation contained in Plaintiffs' "PRAYER FOR RELIEF" that relates to United. As to the allegations in Plaintiffs' "PRAYER FOR RELIEF" that relate to Experian, United lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies the remaining allegations of Plaintiff's "PRAYER

FOR RELIEF."

## AFFIRMATIVE DEFENSES

In further response to Plaintiff's Complaint, United hereby asserts the following affirmative defenses, without conceding that it bears the burden of persuasion as to any of them.

### FIRST AFFIRMATIVE DEFENSE
### (STATUTE OF LIMITATIONS)

Upon information and belief, all claims for relief in the Complaint herein are barred by the applicable statutes of limitation, including but not limited to 15 U.S.C. § 1681p.

### SECOND AFFIRMATIVE DEFENSE
### (TRUTH/ACCURACY OF INFORMATION)

All claims against United are barred because all information United communicated to any third person regarding Plaintiff was true.

### THIRD AFFIRMATIVE DEFENSE
### (FAILURE TO MITIGATE DAMAGES)

Plaintiff has failed to mitigate her damages.

### FOURTH AFFIRMATIVE DEFENSE
### (LACHES)

The Complaint and each claim for relief therein are barred by laches.

### FIFTH AFFIRMATIVE DEFENSE
### (CONTRIBUTORY/COMPARATIVE FAULT)

Upon information and belief, any damages that Plaintiff alleges she suffered

were, at least in part, caused by the actions of Plaintiff herself and/or third parties and resulted from Plaintiff's or third parties' own negligence which equaled or exceeded any alleged culpable conduct on the part of United.

## SIXTH AFFIRMATIVE DEFENSE
### (ESTOPPEL)

Any damages which Plaintiff may have suffered, which United continues to deny, were the direct and proximate result of the conduct of Plaintiff. Therefore, Plaintiff is estopped and barred from recovery of any damages.

## SEVENTH AFFIRMATIVE DEFENSE
### (UNCLEAN HANDS)

The Complaint and each claim for relief therein that seeks equitable relief are barred by the doctrine of unclean hands.

## EIGHTH AFFIRMATIVE DEFENSE
### (Reasonable Procedures)

United employed and followed reasonable procedures to ensure compliance with the requirements of the FCRA.

## PRAYER FOR RELIEF

WHEREFORE, Defendant United prays as follows:

(1)   That Plaintiff take nothing by virtue of the Complaint herein and that this action be dismissed in its entirety;

(2)   For costs of suit and attorneys' fees herein incurred; and

(3)   For such other and further relief as the Court may deem just and proper.

Dated: September 8, 2023         Respectfully submitted,

*/s/ Michael P. De Simone*
Michael P. De Simone
Florida Bar Number 119739
Email: Michael@DeSimone.law
P.O. Box 3571
West Palm Beach, FL 33402
Tel. (914) 419-7908

*Counsel for Defendant United Auto Credit Corporation*